# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff(s), ) | NO. CR 09-049-FRZ-HCE |
| ) | |
| vs. ) | ORDER |
| ) | |
| Michael Herrera-Guerrero, ) | |
| Mark Anthony Chacon, ) | |
| Defendant(s). ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress [26] filed on March 25, 2009. Defendant Mark Anthony Chacon filed Notices of Joinder [28,31] on March 31, 2009 and Supplement to Joinder in Co-Defendant's Motion to Suppress [37] filed on April 10, 2009. The Government filed a Response To Defendant's Motion To Suppress Physical Evidence and Statements [34] on April 9, 2009.

On April 14, 2009 and April 23, 2009, Magistrate Judge Hector C. Estrada conducted hearings and on May 20, 2009 issued his Report and Recommendation[51]. A copy was sent to all parties. On June 17, 2009, the Defendant filed Objections to the Report and Recommendations [57]. The Government filed a Response to Defendant's Objections on June 24, 2009 [58].

The Court, having made an independent review of the record herein, orders as follows:

1     IT IS ORDERED that Defendants' objections to Magistrate Judge Estrada's Report and Recommendation are DENIED.

    IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

    IT IS ORDERED that the Defendants' Motion to Suppress [26] is DENIED.

DATED this 1st day of July, 2009.

                                          FRANK R. ZAPATA
                                          United States District Judge